UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUNUEN GARCIA,

        Plaintiffs,

  v.

DOE WHITE TRUCKING COMPANY, et al.,

        Defendants.

Case No. 20-cv-00134-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at **August 21, 2020 at 3:00 PM.**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  **September 15, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **December 31, 2020**

DESIGNATION OF EXPERTS: **February 15, 2021**; REBUTTAL: **April 1, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: **June 1, 2021**.

DISPOSITIVE MOTIONS **SHALL** be filed by: **June 11, 2021**;
    Opp. Due: **June 25, 2021**; Reply Due: **July 2, 2021**;
    and set for hearing no later than **July 15, 2021 at 10:00 AM.**

PRETRIAL CONFERENCE DATE: **August 24, 2021 at 3:30 PM**.

TRIAL DATE: **September 7, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-10 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

1  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

2  **IT IS SO ORDERED**.

Dated: May 4, 2020

SUSAN ILLSTON
United States District Judge